**CARMEN A. TRUTANICH,** City Attorney (SBN 86629)
**KENNETH T. FONG,** Deputy City Attorney (SBN 140609)
**MICHAEL J. BOSTROM,** Deputy City Attorney (SBN 211778)
Room 701, City Hall East
200 North Main Street
Los Angeles, California 90012
Telephone Number: 213.978.8068
Fax Number: 213.978.8214
Email:  Michael.Bostrom@lacity.org

Attorneys for Defendant
City of Los Angeles

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| PARAMOUNT CONTRACTORS AND DEVELOPERS, INC., a California corporation, et al.<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES, a California municipal corporation and DOE 1 through DOE 10, inclusive,<br><br>           Defendants. | Case No.: CV-08-05653 ABC (PLAx)<br>(Honorable Audrey B. Collins)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS CITY OF LOS ANGELES AND COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES** |

1

On January 28, 2011, this Court issued its Order Re: Defendant Community Redevelopment Agency's Motion to Dismiss. The Order dismissed with prejudice all claims Plaintiffs Paramount Contractors and Developers, Inc., Sunset Blvd. Properties, LP, Bradley Folb, and Patricia High ("Plaintiffs") asserted against Defendant Community Redevelopment Agency of the City of Los Angeles ("CRA/LA") in the First Amended Complaint. The Order also denied Plaintiffs leave to amend the First Amended Complaint with respect to CRA/LA.

On February 17, 2011, Plaintiffs filed a Second Amended Complaint against Defendant City of Los Angeles ("City").

On August 2, 2011, this Court issued its Order Re: Defendant City of Los Angeles's Motion to Dismiss Second Amended Complaint. The Order dismissed the Second Amended Complaint in its entirety with prejudice.

THEREFORE, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that judgment is entered in favor of the CRA/LA and the City of Los Angeles, and that Plaintiffs shall take nothing. As prevailing parties, the CRA/LA and City of Los Angeles are hereby awarded their costs.

August 5, 2011

_____
Honorable Audrey B. Collins
Chief United States District Court Judge
Central District of California

M:\Real Prop_Env_Land Use\Land Use\Michael Bostrom\Paramount II\Pleadings\[PROPOSED] FINAL JUDGMENT.doc

2